1  PAUL ST. AMANT SBN 236141
   CALIFORNIA LITIGATION & ARBITRATION
2  3633 Inland Empire Blvd., Tower 1, Ste. 145
   Ontario, CA 91764
3  Tel: (909) 989-3728
   Fax: (909) 947-0714
4
   IN PRO PER
5

6              UNITED STATES DISTRICT COURT
7            SOUTHERN DISTRICT OF CALIFORNIA
                  SAN DIEGO DIVISION
8

9  LINO VALLEJO, JR.,                    Case No.: 3:12-cv-00182-JLS-NLSx

10              Plaintiff,               **PAUL ST. AMANT dba LAW OFFICES
                                         OF PAUL ST. AMANT'S ANSWER TO
11 v.                                    PLAINTIFF LINO VALLEJO, JR.'S
                                         FIRST AMENDED COMPLAINT FOR
12                                       DAMAGES**
   PAUL ST. AMANT dba LAW OFFICES OF
13 PAUL ST. AMANT; COUNTY FILING         *DEMAND FOR JURY TRIAL*

14              Defendants.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant PAUL ST. AMANT dba LAW OFFICES OF PAUL ST. AMANT answers Plaintiff LINO VALLEJO JR.'S ("Plaintiff") First Amended Complaint for damages as follows:

1.      Defendant has no information or belief that any of the allegations in Plaintiff's complaint are true; therefore, Plaintiff denies all of the allegations in the Complaint.  FURTHER, AS SEPARATE AFFIRMATIVE DEFENSES to each and every claim for relief of the complaint, Defendant is informed and believes and on such information and belief alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State Facts Sufficient to State a Claim)

2.      As a first and separate affirmative defense, this answering Defendant is informed and therefore alleges that Plaintiff's first amended complaint and each claim for relief contained therein fails to state facts sufficient to state a claim against this answering Defendant.

**SECOND AFFIRMATIVE DEFENSE**

(Contributory Negligence)

3.      As a second and separate affirmative defense, Defendant is informed and therefore alleges that Plaintiff's negligence contributed to the harm it suffered and is therefore precluded from requesting for the relief contained in its' first amended complaint.

**THIRD AFFIRMATIVE DEFENSE**

(Incorrect or Unenforceable)

4.      As a third and separate affirmative defense, Defendant is informed and therefore alleges that Plaintiff's first amended complaint and each claim for relief contained therein is incorrect and/or unenforceable.

## FOURTH AFFIRMATIVE DEFENSE

(Assumption of Risk)

5.     As a fourth and separate affirmative defense, Defendant is informed and therefore alleges  that the answering that if there presently exists or ever existed, any or all of the alleged rights, claims or obligations which Plaintiff by way of its actions, said claims or obligations are unenforceable because Plaintiff's assumed the risk involved in the transaction.

## FIFTH AFFIRMATIVE DEFENSE

(Estoppel)

6.     As a fifth and separate affirmative defense, Defendant alleges that Plaintiff is hereby denied to pursue any cause of action against the Defendant in this action.

## SIXTH AFFIRMATIVE DEFENSE

(Fraud)

7.     As a sixth and separate affirmative defense, Defendant alleges that a third party committed Fraud as part of the transaction that led to the filing of the instant action; therefore, Plaintiff is precluded from asserting any cause of action against Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

(Contributory Negligence)

8.     As a seventh and separate affirmative defense, Defendant alleges that Plaintiff committed contributory negligence and is therefore precluded from collecting any of the damages being requested in the Complaint.

**WHEREFORE,** answering Defendant demand a jury trial and prays for judgment as follows:

1.   That Plaintiff take nothing by virtue of the Complaint;

2.   That, if Plaintiff is awarded damages, those damages be apportioned to Defendant whose negligence proximately contributed to the incident;

3.  For costs of suit incurred herein, and for such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED,

Dated:  March 5, 2012

By:  _____/s/ Paul St. Amant_____
        IN PRO PER

<u>**PROOF OF SERVICE BY MAIL**</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I, **Kevin G. Acosta**, am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 1440 N. Harbor Blvd., Ste. 515, Fullerton, CA 92835.

On **March 16, 2012**, I personally served the foregoing document described as:

**PAUL ST. AMANT dba LAW OFFICES OF PAUL ST. AMANT'S ANSWER TO PLAINTIFF MIGUEL VELASQUEZ'S COMPLAINT FOR DAMAGES**

on all parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Patric Alexander Lester                Scott M. Grace
PATRIC LESTER & ASSOCIATES            LUFTMAN HECK & ASSOCIATES, LLP
5694 Mission Center Road, Ste. 358    501 W. Broadway, Ste. 800
San Diego, CA 92108                   San Diego, CA 92101
Tel: (619) 665-3888                   Tel: (619) 400-4900
Fax: (314) 241-5777                   Fax: (619) 923-3661
pl@lesterlaw.com                      sgrace@lawlh.com
*Lead Attorney for Plaintiff LINO VALLEJO*   *Attorney to be Noticed*
*JR.*

Executed on **March 16, 2012** at Fullerton, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                              _____/s/ Kevin G. Acosta_____
                                      Kevin G. Acosta

ANSWER TO LINO VALLEJO JR.'S FIRST AMENDED COMPLAINT FOR DAMAGES