Patric A. Lester (SBN 220092)
pl@lesterlaw.com
5694 Mission Center Road, #385
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorney for Plaintiff Lino Vallejo

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE UNITED STATES DISTRICT COURT**

| | |
|---|---|
| LINO VALLEO JR., | Case No. 3:12-cv-182-CAB-NLS |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| PAUL ST. AMANT dba as Law Offices of Paul St. Amant, | |
| Defendant. | |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff LINO VALLEO JR., (hereinafter "Plaintiff") and Defendant PAUL ST. AMANT dba as Law Offices of Paul St. Amant (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, and in support of this motion hereby state:

1. The Parties have reached a settlement in this action;

2. The Parties to the litigation have entered into this Joint Motion.

3. The Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4. The settlement between Plaintiff and Defendant is memorialized in written settlement agreements, now fully executed by Plaintiff and Defendant;

5. The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

Dated May 8, 2012

> */s/ Patric A. Lester*
> Patric A. Lester
> Attorney for Plaintiff,
> Lino Vallejo

Dated May 8, 2012

> */s/Paul St. Amant*
> Paul St. Amant
> Attorney for Defendant
> PAUL ST. AMANT dba as
> Law Offices of Paul St. Amant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Paul St. Amant, counsel for Defendant, and that I have obtained Mr. St. Amant's authorization to affix his electronic signature to this document.

Dated May 8, 2012

> */s/ Patric A. Lester*
> Patric A. Lester
> Attorney for Plaintiff,
> Lino Vallejo

Re: *Lino Valleo Jr. v. Paul St. Amant et al.*,
Case No.3:12-cv-182-CAB-NLS
United States District Court, Southern District of California

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 5694 Mission Center Road, #385, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the **JOINT MOTION FOR DISMISSAL with Prejudice** on the interested parties in said case addressed as follows:

| | |
|---|---|
| Mr. Scott Grace | Mr. Paul St. Amant |
| Luftman, Heck & Associates, LLP | 3633 Inland Empire #145 |
| 501 West Broadway | Ontario, CA  91764 |
| Suite 800 | paul@stamantlaw.com |
| San Diego, CA  92101 | Representing Paul St. Amant dba as Law Offices of Paul St. Amant, |
| SGrace@lawlh.com | |
| Representing Lino Vallejo | |

☒ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, that is not registered as a CM/ECF user, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

☒ ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on May 8, 2012, at San Diego, California.

            *s/ Patric A. Lester*
            Patric A. Lester
            Attorney for Plaintiff,
            Lino Vallejo