UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINO VALLEJO, JR.,<br><br>                                        Plaintiff,<br><br>        v.<br><br>PAUL ST. AMANT d/b/a/ Law Offices of Paul St. Amant,<br><br>                                        Defendant. | Civil No.    12cv182-CAB (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[Doc. No. 15]** |

Upon consideration of the parties' Joint Motion for Dismissal of Action with Prejudice, and good cause appearing, the motion is **GRANTED.**  The matter is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: May 8, 2012

_____
**CATHY ANN BENCIVENGO**
United States District Judge